# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | CV 18-6541 PA (JPRx) | Date | August 10, 2018 |
|---|---|---|---|
| Title | 805 Trucking, Inc. v. Titan Indemnity Company | | |

| Present: The Honorable | PERCY ANDERSON, UNITED STATES DISTRICT JUDGE | |
|---|---|---|
| Kamilla Sali-Suleyman | Not Reported | N/A |
| Deputy Clerk | Court Reporter | Tape No. |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
|---|---|
| None | None |

**Proceedings:** IN CHAMBERS - COURT ORDER

On August 2, 2018, the Court issued an order provisionally remanding this action to the Ventura County Superior Court as a result of procedural defects in the Notice of Removal. (Docket No. 12.) The Court stayed the order remanding the action to provide plaintiff with an opportunity to object to the remand and waive the procedural defects. Specifically, plaintiff was directed to inform the Court in writing by August 9, 2018, if it objected to the remand. To date, despite the passage of the deadline set by the Court, plaintiff has not waived the procedural defect.

Accordingly, for the reasons stated in the August 2, 2018, Provisional Remand Order, this action is remanded to the Ventura County Superior Court, Case No. 56-2017-00504267-CU-BC-VTA.

IT IS SO ORDERED.